DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCY FRIEDMAN,**
Appellant,

v.

**LATCHMAN PERSAUD, KOWSILLIA PERSAUD,** and **GEICO GENERAL INSURANCE COMPANY,**
Appellees.

No. 4D16-925

[July 20, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE 12024830.

Annabel C. Majewsky and Erin P. Newell of Wasson & Associates, Chartered, Miami, and Jeffrey A. Adelman of Adelman & Adelman, Coral Springs, for appellant.

Stephen T. Maher, Frank A. Zacherl, and Jocelyn C. Mroz of Shutts & Bowen LLP, Miami, for appellees Latchman Persaud and Kowsillia Persaud.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***